

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-15-00042-CV

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES,**
Appellant

v.

Amy W. **ROCKWOOD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-04447
The Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellee has filed an unopposed motion to extend time to file her brief in this accelerated appeal. Appellant's brief was filed March 16, 2015. Accordingly, because this is an accelerated appeal, appellee's brief was due *twenty days later* on April 6, 2015, not thirty days later on April 16, 2015, as appellee asserts in her motion. Appellee has asked for additional time to file her brief, specifically, until April 22, 2015. We **GRANT** appellee's request and **ORDER** that she file her brief in this court on or before April 22, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court